No. 11–8257. WINSTON *v.* TEGELS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–8347. BAKARR *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 11–8952. STONE *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–8959. BOBO *v.* FRESNO COUNTY DEPENDENCY COURT. C. A. 9th Cir. Certiorari denied.

No. 11–8963. PROPES *v.* DISTRICT ATTORNEY OFFICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–8965. WALLS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–8968. KIRSCH *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8973. CHAGOLLA *v.* RYAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8974. CASTILLO *v.* HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8983. ARAFAT *v.* IBRAHIM. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–8989. JAIN *v.* NORTHWESTERN MEMORIAL HOSPITAL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8992. JULIAN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–8993. KINARD *v.* BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8994. LOPEZ *v.* TRANI, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.